SCWC-17-0000442

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCARLETT A. TAYLOR and CHANEL E. TAYLOR,
Petitioners/Plaintiffs-Appellants,

vs.

ELISA M. OMEECHEVARRIA, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000442; CIV. NO. 13-1-3006)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/plaintiffs-appellants Scarlett A. Taylor

and Chanel E. Taylor's application for writ of certiorari, filed

on June 20, 2018, is hereby dismissed.

DATED: Honolulu, Hawaiʻi, July 11, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson